Cat08, MDL, Termed

# U.S. District Court
# Northern District of Ohio (Toledo)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00353−JZ

Crouch v. Davol, Inc. et al
Assigned to: Judge Jack Zouhary
Demand: $75,000
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 02/13/2008
Date Terminated: 03/31/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Roger Crouch** represented by

**Ernest Cory**
CoryWatson Crowder &Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205−328−2200
Fax: 205−324−7896
Email: ecory@cwcd.com

**Jon C. Conlin**
CoryWatson Crowder &Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205−328−2200
Fax: 205−324−7896
Email: jconlin@cwcd.com

**Kenneth J. Ignozzi**
Dyer, Garofolo, Mann &Schultz
St. 1400
131 Ludlow Street
Dayton, OH 45402
937−223−8888
Fax: 937−223−0127
Email: kignozzi@dgmslaw.com
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
CoryWatson Crowder &Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205−328−2200
Fax: 205−324−7896
Email: shunt@cwcd.com

V.

**Defendant**

**Davol, Inc.** represented by

**Jeffrey S. Moeller**
Hermann, Cahn &Schneider
Ste. 500

1301 East Ninth Street
Cleveland, OH 44114
216−781−5515
Fax: 216−781−1030
Email: jmoeller@hcsattys.com

**Defendant**

**C.R. Bard, Inc.** represented by **Jeffrey S. Moeller**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2008 | " 1 | **Complaint** against Davol, Inc., C.R. Bard, Inc.. Filing fee $ 350, receipt number 0647000000002861214, filed by Roger Crouch. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (Ignozzi, Kenneth) (Entered: 02/13/2008) |
| 02/13/2008 | " | Judge Jack Zouhary assigned to case. (M,L) (Entered: 02/13/2008) |
| 02/13/2008 | " 2 | Summons and Magistrate Consent Form issued for service upon Davol, Inc., C.R. Bard, Inc. (Attachments: # 1 Magistrate Consent Form) (M,L) (Entered: 02/13/2008) |
| 03/04/2008 | " 3 | Unopposed **Motion** to stay *of Proceedings Pending Transfer to Federal MDL* filed by Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit 1, Defendants' Fifty−Fourth 7.5(e) Notice of Potential Tag−Along, # 2 Proposed Order Granting Defendants Davol Inc.'s and C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings)(Moeller, Jeffrey) (Entered: 03/04/2008) |
| 03/07/2008 | " 4 | **ORDER** granting Motion to stay (Related Doc # 3 ) pending transfer to MDL litigation. Signed by Judge Jack Zouhary on 3/7/08.(B,CJ) (Entered: 03/07/2008) |
| 03/31/2008 | " 5 | **Conditional Transfer Order (CTO−16)** by Judicial Panel on Multidistrict Litigation. In re: MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation. Case transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. (RI Case No. 08−2410). (S,R) (Entered: 04/02/2008) |